

138 P.3d 307

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**July 13, 2006**

| 27405 | State v. Shidaki | Affirmed |

**July 14, 2006**

| 27146 | State v. Afuvai | Affirmed |

**July 20, 2006**

| 27488 | Harker v. Samsonas | Affirmed |
| 27544 | K.I.M. v. M.D.K. | Affirmed |

**July 26, 2006**

| 27170 | Blaisdell v. Department of Public Safety | Affirmed |
| 26160 | Izuo v. Dias | Affirmed |